# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: AUBREY JAY MILLER, <br> SHIRLEY ANN MILLER, <br> <br> DEBTORS. <br> <br> ALLY FINANCIAL, INC. <br> <br> PLAINTIFF, <br> <br> vs. <br> <br> AUBREY JAY MILLER, <br> SHIRLEY ANN MILLER, <br> J. MILLER TRUCKING, INC., <br> DEBORAH H HUPFER, <br> COLLATERAL SERVICES OF <br> INDIANA, LLC., <br> FENNER AND ASSOCIATES, <br> BRIAN FENNER, AND <br> FRANCIS LENNEX, <br> <br> DEFENDANTS. | CASE NO. 15-11394 SAH <br> CHAPTER 7 <br> <br> <br> <br> <br> <br> <br> <br> ADVERSARY NO. 15-01236 SAH |

## MOTION TO WITHDRAW WITH BRIEF IN SUPPORT, CERTIFICATE OF SERVICE AND NOTICE AND OPPORTUNITY FOR HEARING

Counsel for Defendants, Stephen A Harry, hereby moves the Court for an Order allowing said Movant to withdraw as counsel of record for the Defendants, Collateral Services of Indiana, LLC., Fenner and Associates, Brian Fenner and Francis Lennex on the grounds and for the reason that:

1. Defendants have notified Movant in writing that legal services and representation are no longer requested.

2. Notice of termination was effective as of February 12, 2016 but delivery was not received by Movant until February 18, 2016.

Movant will notice this Motion to Withdraw to all parties in interest pursuant to Local Rule 9007-1. Movant has advised Defendants to notify the Court of any substitution counsel or representation pro se.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 14 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

Dated this 19th day of February, 2016.

Respectfully Submitted,

   /s/Stephen A Harry
Stephen A Harry, OBA #20499
4101 Perimeter Center Dr. Suite 110
Oklahoma City, OK 73102
(405) 384-8746—telephone
(405) 577-5701—facsimile
stephenaharry@sahlawoffice.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of February, 2016, a true and correct copy of the Movant's Motion to Withdraw was electronically served using the CM/ECF system namely:

United States Trustee
Brian J Rayment, Esq
Jerry D Brown, Esq.
B David Sisson, Esq.


                            /s/ Stephen A Harry_____