## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AUBREY JAY MILLER, and | ) | Case No. 15-11394 |
| SHIRELY ANN MILLER, | ) | (Chapter 7) |
| | ) | |
| Joint Debtors. | ) | |
| _____ | ) | |
| ALLY FINANCIAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 15-01236 SAH |
| | ) | |
| v. | ) | |
| | ) | |
| AUBREY JAY MILLER, and | ) | |
| SHIRLEY ANN MILLER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL, WITH BRIEF COMBINED, AND NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the court to grant the requested relief, or you wish to have your rights considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 14 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(t).**

COMES NOW counsel for defendants Aubrey Jay Miller and Shirley Ann Miller

(collectively, "Miller,") B DAVID SISSON ("Sisson,") pursuant to Local Rule 9010-1(C),

and respectfully moves this Honorable Court ("Motion") for leave to withdraw.   In support, counsel shows the Court:

1      Miller employed Sisson for representation in the instant adversary proceeding.

2      Miller has not complied with the terms of continuing representation.

3      Continuing representation of Miller in this matter imposes an unreasonable financial burden on Sisson.

WHEREFORE, counsel prays for leave to withdraw from the instant adversary proceeding, and for all other relief to which he is justly entitled.

Respectfully submitted,

/s/ B David Sisson

B David Sisson, OBA # 13617
Law Offices of B David Sisson
224 W Gray Suite 101/P O Box 534
Norman OK 73070-0534
Telephone No. 405.447.2521
Facsimile No. 405.447.2552

ATTORNEY FOR DEFENDANTS,
AUBREY JAY MILLER
SHIRLEY ANN MILLER

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th Day of March, 2016, a true and correct copy of the above document was electronically served using the CM/ECF system, namely:

U.S. Trustee | Ustpregion20.oc.ecf@usdoj.gov
Brian J. Rayment Esq. | brayment@kivell.com
Jerry D. Brown Esq. | jdbrownpc@sbcglobal.net

/s/ B David Sisson