IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE:   JAY AUBREY MILLER,<br>            SHIRLEY ANN MILLER,<br><br>                                DEBTOR. | )<br>)<br>)<br>)<br>) | CASE NO. 15-11394<br>Chapter 7 |
| ALLY FINANCIAL INC.,<br><br>                                PLAINTIFF,<br><br>vs.<br><br>JAY AUBREY MILLER,<br>SHIRLEY ANN MILLER,<br>J. MILLER TRUCKING, INC.,<br>DEBORAH H. HUPFER,<br>COLLATERAL SERVICES OF<br>INDIANA, INC.,<br>FENNER AND ASSOCIATES,<br>BRIAN FENNER, AND<br>FRANCIS LENNEX,<br><br>                                DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADVERSARY NO. 15-01236 |

**STIPULATION OF DISMISSAL**

Plaintiff, Ally Financial Inc., and Defendants, Deborah K. Hupfer, Jay Aubrey Miller, Shirley Ann Miller, J. Miller Trucking, Inc., and Francis Lennex hereby stipulate to the dismissal of all claims pending herein with prejudice.

1

KIVELL, RAYMENT & FRANCIS, PC
A Professional Corporation

By: *s/Brian J. Rayment*
Brian J. Rayment, OBA #7441
Triad Center, Suite 550
7666 E. 61st Street
Tulsa, OK 74133
Ph.: (918) 254-0626, x205
Fax: (918) 254-7915
Email: brayment@kivell.com

Attorneys for Plaintiff
Ally Financial Inc.


Law Offices of B David Sisson

By: *s/B. David Sisson*
B. David Sisson, OBA #13617
PO Box 534
224 W. Gray, Ste 101
Norman, OK 73070-0534
(405) 447-2521
Fax: (405) 447-2552
Email: sisson@sissonlawoffice.com

Attorney for Defendants, Jay Aubrey
Miller and Shirley Ann Miller


Jerry D. Brown, P.C.

By: s/*Jerry D. Brown*
Jerry D. Brown, OBA #16815
5500 N. Western, Suite 150
Oklahoma City, OK 73118
(405) 841-1000
Email: jdbrownpc@sbcglobal.net

Attorney for Defendant,
Deborah K. Hupfer

2

Mitchell & Hammond

By: s/ *Gary D. Hammond*
Gary D. Hammond
512 N.W. 12th Street
Oklahoma City, Oklahoma 73103
405.216.0007 - Office
405.232.6358 - Fax
405.229.1476 - Cell
Email: gary@okatty.com

Attorney for Defendant,
Francis Lennex